United States Courts Southern
District of Texas
FILED

*10/11/2021*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Ania Renee Ducusin**

**CRIMINAL COMPLAINT**

Case Number: C-21-1268M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **October 10, 2021** in **Kenedy** County, in the
(Date)
Southern District of Texas, defendant, **Ania Renee Ducusin**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Aubrey Ward**

Continued on the attached sheet and made a part of this complaint:    **X** Yes    ☐ No

Signature of Complainant
**Aubrey Ward**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

October 11, 2021                    at            Corpus Christi, Texas
Date                                                City and State

**Julie K. Hampton  United States Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## FACTS/DETAILS:

On October 10, 2021, at approximately 8:20 a.m., a silver in color Nissan Versa approached the primary inspection lane of the Javier Vega Jr. United States Border Patrol Checkpoint near Sarita, Texas. The primary agent observed one visible occupant drive up to the lane without making eye contact with the agent. The primary agent was instructing the driver where to stop using hand signals. The driver proceeded to drive through the lane. The agent yelled for the driver to stop. The driver, later identified as Ania Renee Ducusin, stopped the vehicle. The agent asked her if she saw the agents hand instructions. Ducusin confirmed she saw them but claimed she had never been through the checkpoint before and was unsure what to do. An immigration inspection was conducted on Ducusin. She affirmed she was a United States Citizen. The agent asked for consent to look in the trunk of her vehicle. She granted consent and opened the trunk from the inside of the vehicle. The agent observed a few blankets and noticed a person concealed under the blankets. Ducusin was instructed to get out of the vehicle and was escorted into the checkpoint for further investigation.

Agents determined the concealed subject was a citizen of El Salvador illegally present without documentation to legally remain in the United States. She was placed under arrest and escorted into the checkpoint for further investigation.

All subjects were read their rights in their preferred language and signed accordingly that they understood their rights. Ducusin was willing to provide a statement without an attorney present. Santiago-Martinez invoked her right to legal counsel.

## DEFENDANT ANIA RENEE DUCUSIN'S STATEMENT:

Ducusin stated to agents she was contacted by a coordinator known to her as Vanessa about smuggling aliens using her car. She was supposed to meet on Thursday to pick up illegals at the rest area on Highway 281, but they were apprehended by Border Patrol. For this event, she agreed to pick up an illegal at a Red Roof Inn in Pharr, Texas on the ninth of October. She was to bring her to Vanessa's house in Houston. She was going to receive $2,000 for transporting Sandra Santiago-Martinez to Houston. Ducusin admitted she knew Santiago-Martinez was an illegal alien.

Ducusin consented to a review of her cellular device which revealed text messages to corroborate her current and previous smuggling attempts.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney Office who accepted Ania Renee Ducusin for prosecution of 8 USC 1324, Alien Smuggling. Sandra Elizabeth Santiago-Martinez will be held as a material witness.

_____
Aubrey Ward
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day October 11, 2021.

_____
Julie K. Hampton
United States Magistrate Judge